UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| CHRISTOPHER CAMPBELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:22-cv-00006 |
| | : | |
| ROBERT ZINK, JEREMY SULLIVAN, DAVID PFINDEL, JOHN/JANE DOES #1-10, and VERMONT STATE POLICE, | : : : : | |
| Defendants. | : | |

## ORDER

On or before May 30, 2023, counsel for defendant shall inform the court in writing as to the status of the criminal case against defendant Robert Zink.

Dated at Burlington, in the District of Vermont, this 12th day of May 2023.

/s/ William K. Sessions III
William K. Sessions III
United States District Judge
District of Vermont