**CLARK, WERNER & FLYNN, P.C.**
ATTORNEYS AT LAW
192 College Street
Burlington, VT 05401

Catherine E. Clark  TEL: (802) 865-0088
Lisa M. Werner  FAX: (802) 865-4012
Susan J. Flynn

May 15, 2023

US District Court
Jeffrey S. Eaton, Clerk of Court
PO Box 945
Burlington, VT 05402-0945

    Re:   *Campbell v. Zink et al.*
           Docket No. 2:22-CV-00006

Dear Mr. Eaton,

    In response to this Court's order of May 15, 2023, please be advised that my client Robert Zink is scheduled for trial on May 23rd and 24th. I understand that the trial is likely to go forward.

    Thank you for your attention to this matter.

                                          Very truly yours,

                                          Susan J. Flynn, Esq.

Cc:  Brendan Donahue, Esq.
      John Brady, Esq.
      Kate Gallagher, Esq.