UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CHRISTOPHER CAMPBELL,          ) <br> *Plaintiff*     ) <br> ) <br> v.     ) <br> ) <br> ROBERT ZINK, JEREMY SULLIVAN,   ) <br> DAVID PFINDEL, JOHN/JANE DOES  ) <br> #1-10, AND VERMONT STATE POLICE,  ) <br> *Defendants*     ) | C.A. No. 2:22-CV-6 |

### NOTICE OF LAW FIRM CHANGE BY COUNSEL FOR DEFENDANT ROBERT ZINK

As of June 1, 2023, Susan J. Flynn will be practicing with the firm of Flynn Messina Law Group, PLC, and will continue to represent Defendant Robert Zink. (Clark, Werner & Flynn, P.C. will no longer be representing Defendant Robert Zink, beginning June 1, 2023.)

Counsel's new contact information is:

Susan J. Flynn, Esq.
Flynn Messina Law Group, PLC
192 College Street
Burlington, VT 05401
sflynn@flynnmessinalaw.com
(802) 865-0088

DATED at Burlington, Vermont, this 9th day of June, 2023.

By:      */s/ Susan J. Flynn*
        Susan J. Flynn, Esq.
        sflynn@flynnmessinalaw.com